**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02603-GPG-STV

FUSION BPO SERVICES LTD.,

      Plaintiff/Counterclaim Defendant,

v.

HOMEADVISOR, INC.; ANGI INC.; and CRAFTJACK INC.,

      Defendants/Counterclaim Plaintiffs.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER**

---

THIS MATTER comes before the Court on the parties' [82] Stipulated Motion to Amend Scheduling Order pursuant to Fed. R. Civ. P. 6(b)(1)(A). The Court, being fully informed and having reviewed the Stipulated Motion, finds there is good cause and hereby GRANTS the Parties' request to amend the Scheduling Order.

Accordingly, the following deadlines are reset as follows:

| Description | Date |
|---|---|
| Fact Discovery Cutoff | August 21, 2026 |
| Deadline to raise any pending discovery disputes to Court's attention | August 21, 2026 |
| Expert Discovery Cutoff | September 4, 2026 |
| Deadline to File Motions for Summary Judgment | October 26, 2026 |
| Deadline to File Rule 702 Motions to Exclude Expert Testimony | November 20, 2026 |

IT IS SO ORDERED this __27__ day of ____March____, 2026.

BY THE COURT:

_____
Hon. Scott T. Varholak
Chief Magistrate Judge
District of Colorado